ROBERT GENE STOKES
209 W. JACKSON ST. APT. 227
PHOENIXNY 85003
(602) 503-3259

___ FILED          ___ LODGED
___ RECEIVED    ___ COPY

MAR 1 5 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

ROBERT GENE STOKES,

          Plaintiff,

v.

TROY AKEMAN DALLAS COWBOYS, GORTAC
WASHINGTON WIZZADS,  GOD'S HOUSE,
NORTH HIGH FOOTBALL TEAM, PERCY L.
JULIAN SHOP ASST. TEACHER. SHERON
PARRK MIIDLE SCHOOL MISS GOODMAN,,
JOHN KENNDY OF NEW YORK,

          Defendant(s).

CASE NUMBER:    **CV-18-00838-PHX-JJT**

**COMPLAINT**

### Jurisdiction

This court has jurisdiction over this matter pursuant to  §§ TROY AKMAN OF THE DALLAS COWBOYS.  GORTAC OF  THE WASHINGTON WIZZAD". JOHN KENNEDY OF NEW YORK. GOS'S HOUSE OF ALBURQURE, NEW MEXICO. NORHT HIGH SCHOOL FOOTBALL PHOENIX, AZ. PERCY L. JULIAN PHX, AZ. SHARON PARK SCOOL MISS. GOODMAN.   AND REV. BROOKS PRE-SHOOL THE SON PRESPARTEROU CHURCH..  . The plaintiff  is a resident of PHOENIX, Maricopa County, NY and a citizen of the United States. The defendant,  , is a resident of PHOENIX, NY and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

IN 1996, I WENT, TO A ALDUT MOVIE THEATER. AND, SAW, TROY AKMAN OF THE DALLAS COWBOYS, SETTING FAR LEFT OF ME.. HIS PENIS, WAS OUT, AND, WAGGING IT, MANY TIMES, AND ASKING, ME, TO COME TO HIM.  SO I,DID, AND SET BY HIM. I DID NOTHING, SAY, ANTHING TO HIM. AND, HE DID NOT SAY ANYTHING TO ME, WE JUST, WACH THE MOVIES.  THEN, ALL OF THE SUDDEN ,TROY, OF THE DALLAS COWBOYS. LEANED MY HEAD, OVER ,TO HIS PENUS. AND PUT MY MOUTH ON IT, TO SUCK IT. I'DID, DID IT FOR  20 MINUTES . TROY, COMED IN MY MOUTH.  HE PULLED HIS PANTS UP AND

GOT UP. AND SAID, ' I'LL BE BACK' , I, SAID 'OK'.  AND HE TURNDED TO ME AND SHOW ME HIS LONG 14 INCH PENUS, FOR 20 SECONDS. AND TURNED ASROUND, AND LEFT, THE BUILDING.  I, WAITED FOR AWILE. HE DID NOT SHOW-UP .  I, LEFT. IN 1HR. AND 30MIN. 2. IN 2015.  MY BRO. AND I, WENT TO 5 GUYS, IN DOWNTOWN PHX.   MY BRO. SAT DOWN AND I'VE, ORDERED,   I,WAS ORDERING. AND, ALL, OF THE SUDDEND,   SOMEONE, BEHINDED ME. GRABED, MY BACK , KISSED ME ON MY SHOULDERS,   TOUCHING MY HAIR.. FEELING, ON MY CHEST, PENUS, AND LEGS, AND THE TELLER,WAS LOOKING AT US . I,COULD  NOT  BELIVE  IT.  SO,  I,HAD  TO  MOVE.  MYSELF,  FROM,  HIM.  FOR,  ABOUT 5MIINATES. BECAUSE, HE WIIL NOT, LET ME GO.  I'VE, GOT, AWAY FROM HIM.  AND WENT TO THE COKE MACHINES, AMD GOT A DRINK .THEN, I, LOOKED AROUND TO SEE, WHO THAT WAS. SEXUALY, HARRASINF ME. IT WAS GARTAC OF THE PHX SUNS.  I COULD NOT BELIVE IT.  I, SAT DOWM AND TOLD MY BRO.  HE, DID NOT, SAY ANYTHING.  I LOOKED, ARPOUD TO FIND HIM, AND I, LOOKED, AND THIER HE WAS, 5YADDS FROM ME AND I, TOLD MY BRO. 'THERE HE IS' .  MY BRO. STILL, DID NOT SAY ANTTHUING ,, I,LOKED, AT HIM.  I SAY ABOUT, 2MIN. AND I, TALKING TO MY BRO, AND, THEN HE, WAS LOOKING AT ME.  THEN, SOME PEOPLE, WANTED HIS, AUTOGRAFGTS, THEN MY BRO. AND I, STAYED, FOR ABOUT 20MIN.  THEN LEFT.

## Demand

**Damages: $TROY AKMEN DALLAS  COWBOYS $ 200,000.00 FOR RAP  GARTAC FOR 200,000.00  FOR RAP**   TROY  AKMAN  SENDING  MESSAGES  WITH  HIS  PENUS   GARTUC SEXUALY ATTACING ME AT 5 GUYS.

Date: 3-15-18

Signature of Pro Se Plaintiff
ROBERT GENE STOKES
209 W. JACKSON ST.  APT. 227
PHOENIX, NY 85003
(602) 503-3259